Thomas P. Kelly III, SBN 230699
50 Old Courthouse Square, Suite 609
Santa Rosa, California, 95404-4926
Telephone : 707-545-8700
Facsimile : 707-542-3371
Email : tomkelly@sonic.net

Attorney for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| Francisco Portillo,<br><br>          Plaintiff;<br><br>vs.<br><br>Credit Cars Inc., a suspended California Corporation, Beyer Financial Corporation, a California Corporation d/b/a Express Auto Funding; Thomas Perry, an individual; Walter Scruggs, an individual; American Contractors Indemnity Company, a California Corporation .<br><br>          Defendants. | Case Number :  3:15-cv-04493<br><br>NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 USC § 1441<br><br>[Federal Question] |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please take notice that Defendants Beyer Financial Corporation; Thomas Perry, Walter Scruggs, and American Contractors Indemnity Company, hereby removes to this Court the state court action described below pursuant to 28 U.S.C. § 1441:

1.     On September 9, 2015 a case was commenced in the Superior Court of California, County of Sonoma, entitled SCV-257702 *Portillo vs. Credit Cars et. al.* . A true and correct copy of the complaint and all documents served commencing this action is attached

Thomas P. Kelly III
50 Old Courthouse Sq.
Suite 609
Santa Rosa, California
95404-4926
(707)545-8700

NOTICE OF  REMOVAL              Page 1 of  3              PORTILLO vs. CREDIT CARS

1 hereto as Exhibit A.

2     2.    Defendants were served by mail September 10, 2015.

3     3.    This Court has original jurisdiction over this matter pursuant to 28 U.S.C.§§
4 1331 and 1332.

5     4.    Jurisdiction lies pursuant to Section 1331 as the Complaint seeks the confirmation
6 of a arbitration award for violation of the Truth in Lending Act, 15 U.S.C. § 1601, which is a law
7 of the United States. As such, this case is removable pursuant to 28 U.S.C. § 1441.

8     5.    Jurisdiction lies pursuant to Section 1331 as the Complaint seeks the confirmation
9 of a arbitration award for violation of the 16 C.F.R. Part 455, the FTC Used Car Rule, which is a
10 law of the United States. As such, this case is removable pursuant to 28 U.S.C. § 1441.

11     6.    The arbitration agreement in this case has a choice of law provision selecting the
12 Federal Arbitration Act, and that this act controls exclusively, and that no state law controls.
13 "Any arbitration under this Arbitration Clause shall be governed by the Federal Arbitration Act
14 (9 U.S.C. Section 1 et seq.) and not by any state law regarding arbitration." The Federal
15 Arbitration Act is a law of the United States. As such, this case is removable pursuant to 28
16 U.S.C. § 1441.

17     7.    This Court has jurisdiction of the supplemental claims of the complaint
18 pursuant to 28 U.S.C.§ 167.

19     8.    The United States District Court for the Northern District of California has
20 jurisdiction over this civil matter because some or all of the alleged circumstances giving rise to
21 action occurred within the County of Sonoma, which is within the Northern District of California
22 (28 U.S.C. § 84). Additionally, the Superior Court of the State of California for Sonoma County
23 lies within the Northern District of California. Venue is therefore proper because it is, "the
24 district and division embracing the place where action is pending." 28 U.S.C.§ 1441. Venue is
25 also proper as the arbitration agreement in this case has a choice of law provision providing "
26 The arbitration shall be conducted in the federal district in which you reside, or, if the
27 creditor-seller is a party, then the arbitration will be conducted in the federal district where this
28 contract was executed.." All parties reside within the Northern District of California, and

Thomas P. Kelly III
50 Old Courthouse Sq.
Suite 609
Santa Rosa, California
95404-4926
(707)545-8700

NOTICE OF REMOVAL      Page 2 of 3      PORTILLO vs. CREDIT CARS

1  therefore venue is proper before this Court under the terms of the arbitration agreement.

2      9.    All named defendants have consented to this removal, and copies of these

3  consents are filed concurrently herein and marked as Exhibit B.

4      10.    No consent from Defendant Credit Cars Inc. Is included as it is incapable of

5  taking any legal action due to its status as a suspended California corporation, and hence has no

6  rights to appear before this Court.

7      11.    Pursuant to 28 U.S.C. § 1446, Defendants are filing this removal in the United

8  States District Court for the Northen District of California, and also with the Superior Court of

9  California, County of Sonoma.

10      12.    Pursuant to 28 U.S.C. § 1446, Defendants have attached as Exhibit B true and

11  correct copies of all documents with which Defendants have been served in the state

12  court action.

13      13.    Pursuant to 28 U.S.C. § 1146, Defendants shall give prompt written notice of

14  the removal to all parties and shall file a copy of the Notice of Removal with the Clerk of the

15  Court, Superior Court of California for Sonoma County.

16

17  Wherefore, Defendants hereby remove Superior Court of California for Sonoma

18  County, Case number SCV-257702 Portillo vs. Credit Cars et. al. to the United States District

19  Court for the Northern District of California.

20

21  Dated: September __24__, 2015

22

23                              Thomas P. Kelly III
                                  Attorney at Law

Thomas P. Kelly III
50 Old Courthouse Sq.
Suite 609
Santa Rosa, California
95404-4926
(707)545-8700

NOTICE OF REMOVAL          Page 3 of 3          PORTILLO vs. CREDIT CARS